**Alfred L. McMICKING, Petitioner-Appellee,**

v.

**Lt. Col. Jack A. METCALF, Commanding Officer, Armed Forces Examining and Entrance Station, Oakland, California, Stanley R. Resor as Secretary of the Army of the United States, Respondents-Appellants.**

No. 71–2002.

United States Court of Appeals, Ninth Circuit.

June 20, 1972.

**PER CURIAM:**

There is sufficient evidence in the record to support the finding that the notification of classification was not mailed to petitioner "as soon as practicable." 32 C.F.R. 1623.4(a). The trial court found this prejudiced the petitioner. Thus, we cannot find that it acted improperly in ordering his release from the Army. See Knox v. United States, 200 F.2d 398 (9th Cir. 1952).

The order appealed from is affirmed.

Richard F. Locke, Asst. U. S. Atty. (argued), James L. Browning, U. S. Atty., San Francisco, Cal., for respondents-appellants.

Anthony F. Granucci (argued), of Thelen, Marrin, Johnson & Bridges, San Francisco, Cal., Robert L. Henn, of Angell, Adams & Holmes, San Francisco, Cal., for petitioner-appellee.

Before CHAMBERS and BROWNING, Circuit Judges, and SHARP,* District Judge.

* The Honorable Morell E. Sharp, United States District Judge for the Western District of Washington, sitting by designation.